

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00130-CV

**CONSOLIDATED TOWNE EAST HOLDINGS, LLC**,
Appellant

v.

**THE CITY OF LAREDO**, Robert A. Eads in His Official Capacity as Office of City Manager,
and Riazul I. Mia in His Official Capacity of Director of City of Laredo Utilities,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001518D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until September 2, 2022.

It is so **ORDERED** on August 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT